**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PETERSONS CONTRACT GLASS,<br><br>　　　　Defendant.　　　　　　　　／ | No.　C06-03073 MJJ<br><br>**ORDER TO SHOW CAUSE** |

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause by **August 11, 2006**, the case shall be dismissed for failure to prosecute. The Case Management Conference scheduled for August 22, 2006 is **vacated.**

**IT IS SO ORDERED.**

Dated:　　　7/31/2006

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MARTIN J. JENKINS
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge