MURIEL B. KAPLAN (SBN: 124607)
MICHELE R. STAFFORD (SBN: 172509)
SALTZMAN AND JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
Telephone:   (415) 882-7900
Facsimile:    (415) 882-9287
mkaplan@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN; Et. Al. <br><br> Plaintiffs, <br><br> v. <br><br> PETERSONS CONTRACT GLASS, and PHILLIP ANTHONY PETERSON <br><br> Defendants**.** | CASE NO.: C 06-3073 MJJ <br><br> **REQUEST FOR 60 DAY CONDITIONAL DISMISSAL AND ORDER THEREON** <br><br> GRANTED |

The above-named plaintiffs hereby request a voluntary 60-day Conditional Dismissal of the above entitled action, under Federal Rule of Civil Procedure 41(a).  Defendant has not yet appeared in the action as negotiations were taking place.  A settlement has now been reached.

Accordingly, the calendar shall be vacated and this action conditionally dismissed, on the condition that this action may be reinstated by plaintiffs within 60 days from the date of this Order if defendant does not comply with the terms of the settlement..

Dated: August 9, 2006                    SALTZMAN & JOHNSON LAW
                                         CORPORATION


                                         _____/s/_____
                                   By:   Michele R. Stafford
                                         Attorneys for Plaintiffs

**IT IS SO ORDERED**

Dated:  8/11/2006                        _____
                                         UNITED STATES DISTRICT COURT JUDGE

CASE NO: C06-3073 MJJ
REQ. FOR COND. DISMISSAL